IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOSEPH DOMENIC FLOWERS,<br>Defendant-Movant, | : | MOTION TO VACATE<br>28 U.S.C. § 2255 |
| | : | |
| v. | : | CRIMINAL ACTION NOS.<br>1:10-CR-276-WBH<br>1:10-CR-301-WBH |
| | : | |
| UNITED STATES OF AMERICA,<br>Plf-Respondent. | : | CIVIL ACTION NOS.<br>1:12-CV-3060-WBH<br>1:12-CV-3061-WBH |

## ORDER

This matter is before the Court for consideration of the Report and Recommendation (R&R), [Doc. 33], in which the Magistrate Judge recommends that Defendant's 28 U.S.C. § 2255 motion be granted but only to the degree of reinstating his appeal rights. In the absence of objections, the R&R is hereby **ADOPTED** as the order of this Court. The judgment and sentence entered in the criminal actions numbered 1:10-CR-0276-WBH and 1:11-CR-0301-WBH as to Joseph Dominic Flowers are hereby **VACATED** and **REIMPOSED** as of the date hereof with credit for all time served and any amounts that may have been paid for restitution and/or special assessment.

Defendant is advised that:

(a) he has the right to an appeal;

(b) if he is unable to pay the cost of an appeal, he may apply for in forma pauperis status to pursue the appeal;

(c) if he so requests, the Clerk of this Court will prepare and file a notice of appeal on his behalf;

(d) he has the right to counsel on appeal and, if he cannot afford counsel, an attorney will be appointed to represent him; and

(e) with few exceptions, any notice of appeal must be filed within fourteen days of the date the Court reimposes its sentence in these cases.

**IT IS SO ORDERED**, this 8th day of January, 2013.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)